IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TARRIUS HOLT, AIS #320531,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:24-cv-255-TFM-MU |
| ) | |
| **JEFFREY GRAY,** ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OPINION AND ORDER

On July 2, 2020, the Magistrate Judge entered a report and recommendation which recommends summary judgment be granted and this action brought under 42 U.S.C. § 1983 be dismissed with prejudice. *See* Doc. 23. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, Defendant Jeffrey Gray's motion for summary judgment is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 1st day of August, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE